In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-515 CV


____________________



STEPHEN TYLER STRIEGEL, Appellant



V.



 HEATHER FORE, INDIVIDUALLY AND ON BEHALF OF T.S. AND C.S.,
 Appellee





On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 28472






MEMORANDUM OPINION



 The appellant, Stephen Tyler Striegel, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered April 10, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.